In the Matter of the Estate of ORATOR F. WOODWARD, Deceased. STATE TAX COMMISSION, Appellant; SECURITY TRUST COMPANY OF ROCHESTER et al., as Executors of ORATOR F. WOODWARD, Deceased, Respondents.— Decree and order affirmed, with costs. All concur. (Appeal from a decree adjudging that decedent was domiciled in the State of Nevada at the time of his death and that the real and personal property belonging to the estate, an *inter vivos* trust created by decedent, and the proceeds of life insurance policies upon his life, were not subject to inheritance taxes levied by New York State.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.